GDA:JAG
F.#2003R00405

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

SALVATORE ROMANO,

          Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 28 2005 ★
BROOKLYN OFFICE

UNSEALING ORDER

04 CR 234 (CBA)

EASTERN DISTRICT OF NEW YORK, SS:

    Application having been made on behalf of the UNITED STATES OF AMERICA, by Jeffrey A. Goldberg, Assistant United States Attorney for the Eastern District of New York, for an Order unsealing the above-captioned matter,

    IT IS HEREBY ORDERED that the above-captioned matter is unsealed.

Dated:    Brooklyn, New York
            December 19, 2005

                                s/Carol Amon
                              _____
                              CAROL BAGLEY AMON
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK