

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMN
F. #

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

FEB 2012

February 13, 2012

By ECF

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Salvatore Romano
      Criminal Docket No. 04-234 (CBA)

Dear Chief Judge Amon:

On January 25, 2012, the defendant Salvatore Romano moved for the early termination of the final nine months of his three-year term of supervised release. The government respectfully writes in response to the Court's order, filed February 1, 2012, directing the government to show cause why the relief requested by the defendant should not be granted.

In light of the standard for early termination of a term of supervised release set forth in 18 U.S.C. § 3583(e)(1), and the showing made by the defendant in his motion, the government does not oppose the defendant's request.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:   /s/
      Evan M. Norris
      Assistant U.S. Attorney
      (718) 254-6376

cc:   Clerk of Court (CBA) (by ECF)
      Michael Bachner, Esq. (by ECF)

---

*Handwritten annotation by Court:*

The defendant's application for early termination of supervised release is granted. The Court notes there is no opposition by either probation or the government to this request. So Ordered.

s/CBA
2/27/12